UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>v.<br><br>ANGELICA FLORES,<br><br>                                        Defendant. | Case No.:  20-CR-1967-GPC<br><br>**JUDGMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Based upon the Amended Motion of the United States to Dismiss the Indictment in this case, and for the reasons set forth therein, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Indictment in Case Number 20-CR-1967 shall be **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated:  October 8, 2020

Hon. Gonzalo P. Curiel
United States District Judge